■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAUL ESTRELLA, Appellant.—Judgment, Supreme Court, Bronx County (Howard Goldfluss, J.), rendered on April 27, 1983, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Kupferman, J. P., Sullivan, Ross, Carro and Asch, JJ.

■ In the Matter of THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN M. LAWRENCE, et al., Petitioners, v STEPHEN CRANE et al., Respondents.—Application for a writ of mandamus unanimously denied and the petition dismissed, without costs and without disbursements, and application by petitioner to strike certain matters contained in the opposition papers is denied. No opinion. Concur—Kupferman, J. P., Sullivan, Ross, Carro and Asch, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SEAN HYMAN, Appellant.—Judgment, Supreme Court, Bronx County (Jack Rosenberg, J.), rendered on July 27, 1984, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Sandler, J. P., Fein, Milonas, Kassal and Ellerin, JJ.